Privileged Settlement Communication

Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | Spread of Hours Per Week | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gustavo Gualpa** | 4/15/14 | 12/30/14 | 37 | 57 | 0 | $22.50 | $ 33.75 | $ 8.00 | $ 12.00 | $ 1,473.75 | $ 900.00 | $ 573.75 | $ 21,228.75 | $ 21,228.75 |
| | 12/31/14 | 12/30/15 | 52 | 57 | 0 | $22.50 | $ 33.75 | $ 8.75 | $ 13.13 | $ 1,473.75 | $ 900.00 | $ 573.75 | $ 29,835.00 | $ 29,835.00 |
| | 12/31/15 | 12/30/16 | 52 | 57 | 0 | $22.50 | $ 33.75 | $ 9.00 | $ 13.50 | $ 1,473.75 | $ 900.00 | $ 573.75 | $ 29,835.00 | $ 29,835.00 |
| | 12/31/16 | 12/30/17 | 52 | 57 | 0 | $22.50 | $ 33.75 | $11.00 | $ 16.50 | $ 1,473.75 | $ 900.00 | $ 573.75 | $ 29,835.00 | $ 29,835.00 |
| | 12/31/17 | 12/30/18 | 52 | 57 | 0 | $22.50 | $ 33.75 | $13.00 | $ 19.50 | $ 1,473.75 | $ 900.00 | $ 573.75 | $ 29,835.00 | $ 29,835.00 |
| | 12/31/18 | 12/30/19 | 52 | 57 | 0 | $26.25 | $ 39.38 | $15.00 | $ 22.50 | $ 1,719.38 | $ 1,050.00 | $ 669.38 | $ 34,807.50 | $ 34,807.50 |
| | 12/31/19 | 4/15/20 | 15 | 57 | 0 | $26.25 | $ 39.38 | $15.00 | $ 22.50 | $ 1,719.38 | $ 1,050.00 | $ 669.38 | $ 10,040.63 | $ 10,040.63 |
| | 4/16/20 | 9/15/20 | 22 | 57 | 0 | $30.00 | $ 45.00 | $15.00 | $ 22.50 | $ 1,965.00 | $ 1,200.00 | $ 765.00 | $ 16,830.00 | $ 16,830.00 |
| | | | | | | | | | | | | **TOTAL:** | **$ 202,246.88** | **$ 202,246.88** |

1. This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2. Plaintiffs reserve the right to correct or amend this chart.
3. This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

Privileged Settlement Communication                                                                                           Subject to  Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|
| **Gustavo Gualpa** | 4/15/14 | 12/30/14 | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 13,150.16 | $ - | $ 65,607.66 |
| | 12/31/14 | 12/30/15 | $ - | $ - | | | $ 16,182.38 | $ - | $ 75,852.38 |
| | 12/31/15 | 12/30/16 | $ - | $ - | | | $ 13,493.55 | $ - | $ 73,163.55 |
| | 12/31/16 | 12/30/17 | $ - | $ - | | | $ 10,804.72 | $ - | $ 70,474.72 |
| | 12/31/17 | 12/30/18 | $ - | $ - | | | $ 8,119.57 | $ - | $ 67,789.57 |
| | 12/31/18 | 12/30/19 | $ - | $ - | | | $ 6,340.16 | $ - | $ 75,955.16 |
| | 12/31/19 | 4/15/20 | $ - | $ - | | | $ 1,244.61 | $ - | $ 21,325.86 |
| | 4/16/20 | 9/15/20 | $ - | $ - | | | $ 1,546.72 | $ - | $ 35,206.72 |
| | | | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 70,881.85 | $ - | $ 485,375.60 |